USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCURE, INC.,

Plaintiff,

-against-

ASPIRATION PARTNERS, INC.,

Defendant.

26 Civ. 6222 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the notice of removal in this action. *See* ECF No. 2. Accordingly, the Clerk of Court is respectfully directed to transfer this action to the United States Bankruptcy Court for the Southern District of New York.

SO ORDERED.

Dated: July 30, 2026
New York, New York

ANALISA TORRES
United States District Judge